**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 SHIRLEY BROTHERS,

                               Plaintiff,

         -against-                                          25 **CIVIL** 1624 (SHS)

                                                        **JUDGMENT**

SCHINDLER ELEVATOR CORPORATION,
ABC COMPANIES 1-10 said names being
fictitious and JOHN DOES 1-10 said names
being fictitious,

                              Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 17, 2026, the Court denies Brothers's motion

to remand the action to New York state court and grants Schindler's motion to dismiss the

complaint without prejudice.

**Dated:** New York, New York

      March 18, 2026

                                      **TAMMI M. HELLWIG**

                                        **Clerk of Court**

**BY:**           _____

                                   **Deputy Clerk**